UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO ESTRADA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. 14-cv-03937-PSG   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  September 28, 2015<br>Mediator:  David Garcia |

IT IS HEREBY ORDERED that the request to excuse plaintiff Maricor Garcia from appearing in person at the September 28, 2015, mediation before David Garcia is GRANTED. Ms. Garcia plaintiff shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: September 17, 2015

_____
Maria-Elena James
United States Magistrate Judge